

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Tyson Rhine and Sandra Rhine, Appellants

No. 06-13-00039-CV        v.

Priority One Insurance Company, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0305). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Tyson Rhine and Sandra Rhine, pay all costs of this appeal.

RENDERED AUGUST 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk